**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| M. T., | : No. 98 MM 2023 |
| Petitioner | : |
| v. | : |
| THE PENNSYLVANIA STATE POLICE OF THE COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of November, 2023, the "Application for Leave to Proceed *Nunc Pro Tunc*" is GRANTED, and the "Application for Leave to File No Answer Letter *Nunc Pro Tunc*" is GRANTED.